UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANNETTE L. CHANDLER**<br>2921 Christina Lynn Court<br>Temple Hills, MD 20748<br><br>                    Plaintiff<br>          v.<br>**MARTIN GREUNBERG, Acting**<br>**Chairman, Federal Deposit Insurance**<br>**Corp.**<br>550 17th Street, N.W.<br>Washington, D.C.  20429<br>                    Defendant. | Civil Action No. 06-0999 (EGS)<br>(ECF) |

## **PRAECIPE**

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney Benton Peterson as counsel for the defendant in the above-captioned case.

                                        Respectfully submitted,

                                        _____
                                        Benton G. Peterson, Wis. Bar No. 1029849
                                        Assistant United States Attorney
                                        Judiciary Center Building
                                        555 4th Street, N.W. – Civil Division
                                        Washington, D.C.  20530
                                        (202) 514-7238
                                        Benton.Peterson@usdoj.gov