UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANNETTE L. CHANDLER**  )<br>**2921 Christina Lynn Court**  )<br>**Temple Hills, MD 20748**  )<br>                                      )<br>                                      )          Civil Action No. 06-0999 (EGS)<br>                      **Plaintiff**  )          (ECF)<br>              v.                    )<br>**MARTIN GREUNBERG, Acting**  )<br>**Chairman, Federal Deposit Insurance**  )<br>**Corp.**  )<br>**550 17th Street, N.W.**  )<br>**Washington, D.C.  20429**  )<br>                                      )<br>                  **Defendant.**  ) | |

**CONSENT MOTION TO RESCHEDULE STATUS CONFERENCE**

The defendant, pursuant to Rule 6(b)(1) of the Federal Rules of civil procedure, moves the Court to reschedule the status conference presently set for October 4, 2006 until November 21, 2006.

The parties are currently planning a mediation session before Magistrate Judge Kay. Both parties agree that the status conference would be more beneficial if it were scheduled after the mediation.

Plaintiff's counsel consents to and joins in this motion.

Wherefore, it is respectfully requested that the Court reschedule and consolidate the initial status conference in the instant matter with the November 21, 2006 status conference in the companion case <u>Chandler v. Powell</u> (04-1847).

Respectfully Submitted,

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


_____
RUDOLPH CONTRERAS, D.C. Bar #  434122
Assistant United States Attorney


_____
BENTON G. PETERSON, WI. Bar #1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-7238 514-8780 (Facsimile)
 Benton.Peterson@usdoj.gov