**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANNETTE L. CHANDLER, )<br>)<br>   Plaintiff, )<br>) Civil Action No. 04-1879 (EGS)<br>   v. )<br>)<br>DONALD L. POWELL, )<br>)<br>   Defendant. )<br>) | |

| | |
|---|---|
| ANNETTE L. CHANDLER, )<br>)<br>   Plaintiff, )<br>) Civil Action No. 06-999 (EGS)<br>   v. )<br>)<br>MARTIN J. GRUENBERG, )<br>)<br>   Defendant. )<br>) | |

### ORDER

Upon consideration of the representations of Magistrate Judge Kay that a settlement has been reached between the parties in both of these cases, it is hereby

**ORDERED** that these cases shall be removed from the active calendar of the Court, and it is

**FURTHER ORDERED** that within thirty (30) days from the date of this Order, a praecipe shall be filed with the Court informing the Court that these case are settled and dismissed with

1

prejudice; and it is

**FURTHER ORDERED** that in the unlikely event a settlement is not reached, the parties are instructed to contact the Court to reinstate the matters to the active calendar.

**SO ORDERED.**

**Signed by:      EMMET G. SULLIVAN**
**                UNITED STATES DISTRICT JUDGE**
**                January 17, 2007**